**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CORNUCOPIA OIL & GAS COMPANY, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11782 (LSS) |
| SHELF DRILLING OFFSHORE RESOURCES LIMITED II,<br><br>Plaintiff,<br><br>v.<br><br>FURIE OPERATING ALASKA, LLC, CORNUCOPIA OIL & GAS COMPANY, LLC, CORSAIR OIL & GAS LLC, and ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND LP,<br><br>Defendants. | Adv. Proc. No. 19-51175 (LSS) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Shelf Drilling Offshore Resources Limited II ("Shelf") and Clingman & Hanger Management Associates, LLC, the litigation trustee (the "Litigation Trustee") for the Litigation Trust of the above-captioned debtor-defendants, by and through their respective undersigned counsel, hereby stipulate to the dismissal, without prejudice, of the above adversary proceeding pursuant to Rule 41 of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure. Shelf's claims against Energy Capital Partners Mezzanine Opportunities Fund LP were, by prior order of the Court [Adv. D.I. 15], severed from

---

[1]    The last four digits of the remaining Debtor's federal tax identification number are 9914.

this proceeding and the severed claims were deemed to constitute a separate adversary proceeding

and were remanded to the Anchorage Superior Court of the State of Alaska.  Each party shall be

responsible for its own fees and costs.

**STIPULATED AND AGREED THIS 2nd DAY OF JUNE, 2021:**

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ Derek C. Abbott
Derek C. Abbott (DE No. 3376)
1201 North Market Street
Wilmington, Delaware 19899-1347
Telephone: (302) 351-9357
Email: dabbott@mnat.com

- and -

**PERKINS COIE LLP**
Alan D. Smith (admitted *pro hac vice*)
1201 Third Avenue, Suite 4900
Seattle, Washington 98191-3099
Telephone: (206) 359-8410
Email: adsmith@perkinscoie.com

*Counsel for Shelf Drilling Offshore
Resources Limited II*

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Ericka F. Johnson
Matthew P. Ward (DE No. 4471)
Ericka F. Johnson (DE No. 5024)
1313 North Market St., Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
E-mail: matthew.ward@wbd-us.com
E-mail: ericka.johnson@wbd-us.com

*Counsel for the Litigation Trustee*

2

WBD (US) 51843031v2